FILED
SEP 11 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Waiver of Rule 5(c) and 5.1(a) Hearings

FILED
SEP 0 5 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRORICE CRAWFORD | Magistrate Case No. 19MJ3493<br><br>SA-19-CR-524-(3) OLG<br><br>**WAIVER OF RULE 5(c) and 5.1(a) HEARINGS**<br>(<u>Excluding</u> Probation/Supervised Release Violation) |

I, **TRORICE CRAWFORD**, understand that in the Western District of Texas, charges are pending alleging violation of Title 18, United States Code, Sections 1349, 1343 and 2, 1956 and 1028A, and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1. Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2. Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty <u>if</u> the United States Attorneys in both districts approve the transfer in writing;

3. A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4. An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☐ identity hearing

☐ preliminary hearing

☒ identity hearing and have been informed I have no right to a preliminary hearing

☐ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
TRORICE CRAWFORD
Defendant

_____
Defense Counsel

9/4/19
Date

Warrant of Removal (After Waiver of Hearing)

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 19MJ3493 |
| v. | |
| TRORICE CRAWFORD | WARRANT OF REMOVAL<br>(After Waiver of Hearing) |

**To: United States Marshal**

An indictment having been filed in the Western District of Texas, charging defendant **TRORICE CRAWFORD**, with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 and wire fraud, in violation of Title 18, United States Code, Section 1343, conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956; and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A, and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Western District of Texas and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

> HON. BERNARD G. SKOMAL
> United States Magistrate Judge

Dated at San Diego, California, this ___5___ day of ___Sept___, 2019.

### RETURN

Western District of Texas (at San Antonio)                    ss

Received the within warrant of removal the _____ day of _____, 2019, and executed same.

_____
U. S. Marshal

By _____
Deputy Marshal



CASE UNSEALED PER ORDER OF COURT

**FILED**

AUG 19 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**ARREST ON OUT-OF-DISTRICT OFFENSE**

CASE NUMBER: **19MJ3493**

The person charged as Trorice CRAWFORD now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the Western District of Texas: Conspiracy to Commit Wire Fraud, Wire Fraud, Conspiracy to Commit Money Laundering, and Aggravated Identity Theft in violations of: 18 U.S.C. §§ 1349, 1343 and 2, 1956 and 1028A.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 08·19·19

Beau Menvielle
Defense Criminal Investigative Service

Reviewed and Approved

Dated:

Assistant United States Attorney

1 **ELANA R. FOGEL**
California State Bar No. 316172
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Elana_Fogel@fd.org
5
Attorneys for Defendant
6 TRORICE CRAWFORD

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     | CASE NO.: 19MJ3493
12 |         Plaintiff,            | **NOTICE OF APPEARANCE AS LEAD COUNSEL**
13 |     v.                        |
14 | TRORICE CRAWFORD,             |
15 |         Defendant.            |

16

17       Pursuant to the CM/ECF procedures in the United States District Court for
18 the Southern District of California, Elana R. Fogel, Federal Defenders of San
19 Diego, Inc., hereby gives notice that she is lead counsel in the above-captioned case.
20                              Respectfully submitted,
21
22   Dated: August 21, 2019       *s/ Elana R. Fogel*
                                  Federal Defenders of San Diego, Inc.
23                                Attorneys for Defendant
                                  TRORICE CRAWFORD
24                                Email: Elana_Fogel@fd.org
25
26
27
28

                                  1                           **19MJ3493**
                         NOTICE OF APPEARANCE
                           AS LEAD COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
VS. )   Case No. _____19MJ3493_____
_Tronica Henri Crawford_ )
)

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or its agents to question me, or to contact me, seeking my waiver of any rights, unless my counsel is present.

Dated: _____

_____     _____
Defendant                                    Witnessed By:

## EXIJO Y HAGO VALER MIS DERECHOS BAJO LAS ENMIENDAS QUINTA Y SEXTA DE LA CONSTITUCIÓN DE LOS ESTADOS UNIDOS

Al firmar este documento, yo, el acusado aquí nombrado, amparado bajo los derechos de las enmiendas Quinta y Sexta en la Constitución de los Estados Unidos, hago valer mis derechos y quiero mantenerme callado y que un abogado defensor esté presente en cualquier y cada uno de mis encuentros o comunicaciones con las autoridades, tales como fiscales, agentes del orden público, la policía o cualquier otro que actúa en nombre de dichas autoridades. No quiero renunciar, ni voy a renunciar a ninguno de mis derechos constitucionales si no está presente un abogado defensor. No quiero que las autoridades ni sus representantes me hagan preguntas o se comuniquen conmigo, ni que me pidan renunciar a mis derechos constitucionales. Si quieren hacerme preguntas o comunicarse conmigo, quiero que mi abogado defensor siempre esté presente.

Fecha: _____

_____     _____
Firma del acusado                          Testigo

**RECEIVED**

SEP 1 0 2019

CLERK, U S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**CLOSED, PROV**

SEP 1 0 2019

**U.S. District Court**
**Southern District of California (San Diego)**
**CRIMINAL DOCKET FOR CASE #: 3:19-mj-03493-BGS-1**

SA19CR524(3)

Case title: USA v. Crawford

Date Filed: 08/19/2019
Date Terminated: 09/06/2019

---

Assigned to: Magistrate Judge Bernard G. Skomal

**Defendant (1)**

**Trorice Crawford**
*TERMINATED: 09/06/2019*

represented by **Melissa Lubin**
Law Offices of Melissa S Lubin
121 Broadway
Suite 374
San Diego, CA 92101
(619)232-2900
Fax: (619)232-2920
Email: melissalubin@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 08/21/2019*
Designation: Public Defender or Community Defender Appointment

**Elana R. Fogel**
Federal Defenders of San Diego, Inc
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Fax: 619-687-2666
Email: Elana_Fogel@fd.org
*TERMINATED: 08/29/2019*

|  |  |
|---|---|
|  | *Designation: Public Defender or Community Defender Appointment* |
| **Pending Counts** | **Disposition** |
| None |  |
| **Highest Offense Level (Opening)** |  |
| None |  |
| **Terminated Counts** | **Disposition** |
| None |  |
| **Highest Offense Level (Terminated)** |  |
| None |  |
| **Complaints** | **Disposition** |
| 18:1349,1343,and 2, 1956and 1028A - Conspiracy to Commit Wire Fraud, Wire Fraud, Conspiracy to Commit Laundering and Aggravated Identity Theft |  |

| **Plaintiff** |  |  |
|---|---|---|
| **USA** | represented by | **U S Attorney CR**<br>U S Attorneys Office Southern District of California<br>Criminal Division<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>(619)557-5610<br>Fax: (619)557-5917<br>Email: Efile.dkt.gc2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2019 |  | Arrest of Trorice Crawford (no document attached) (lrc) (Entered: 08/19/2019) |
| 08/19/2019 | 1 | OUT OF DISTRICT COMPLAINT as to Trorice Crawford (1). (lrc) (Additional attachment(s) added on 8/20/2019: # 1 Warrant and Info Sheet) |

| | | |
|---|---|---|
| | | (rmc). Modified on 8/20/2019; case unsealed 8/19/2019, images uploaded (rmc). (Entered: 08/19/2019) |
| 08/19/2019 | 2 | Set/Reset Duty Hearings as to Trorice Crawford: Initial Appearance - ODC set for 8/19/2019 before Magistrate Judge Bernard G. Skomal. (no document attached) (jjg) (Entered: 08/19/2019) |
| 08/19/2019 | 3 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Government oral motion to unseal the case is granted. Initial Appearance - Out of District Complaint as to the person charged as Trorice Crawford held on 8/19/2019. Federal Defenders provisionally appointed for Trorice Crawford. Government oral motion to detain (Flight). ( Detention Hearing - RF set for 8/22/2019 10:00 AM before Magistrate Judge Bernard G. Skomal. Removal/ID Hearing set for 8/29/2019 01:30 PM before Magistrate Judge Bernard G. Skomal.) (Sealed Clerk Notified) (CD# 8/19/2019 BGS 19-1:2:16-2:19). (Plaintiff Attorney Nicole Bredariol AUSA). (Defendant Attorney Chelsea Estes FD-S/A). (no document attached) (aje) (Entered: 08/20/2019) |
| 08/19/2019 | 4 | Oral MOTION to Detain (Flight) by USA as to Trorice Crawford. (no document attached) (aje) (Entered: 08/20/2019) |
| 08/21/2019 | 5 | NOTICE OF ATTORNEY APPEARANCE: Elana R. Fogel appearing for Trorice Crawford (Fogel, Elana)Attorney Elana R. Fogel added to party Trorice Crawford(pty:dft) (cdw). (Entered: 08/21/2019) |
| 08/21/2019 | 6 | Notice of Assertion of Rights by Trorice Crawford (Fogel, Elana) (cdw). (Entered: 08/21/2019) |
| 08/21/2019 | 7 | NOTICE OF CHANGE OF HEARING as to Defendant Trorice Crawford. As requested by defense counsel, Detention Hearing - RF continued to 8/23/2019 10:00 AM before Magistrate Judge Bernard G. Skomal. (no document attached) (knb) (Entered: 08/21/2019) |
| 08/23/2019 | 8 | ***English. No Interpreter needed as to Trorice Crawford (no document attached) (knb) (Entered: 08/23/2019) |
| 08/23/2019 | 9 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Detention Hearing as to Trorice Crawford held on 8/22/2019. USA oral motion for detention; motion granted as to Trorice Crawford. Defendant ordered detained without prejudice. Order of detention to be filed by Court. (CD# 8/22/2019 BGS1:1036-1046). (Plaintiff Attorney Nicole Bredariol, S/A-AUSA). (Defendant Attorney Elana Fogel FD). (no document attached) (knb) (Entered: 08/24/2019) |
| 08/29/2019 | 10 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Status Hearing as to Trorice Crawford held on 8/29/2019. As requested by defense counsel Removal/ID Hearing continued to 9/5/2019 01:30 PM before Magistrate Judge Bernard G. Skomal. Defendant oral motion to appoint new counsel - granted. Attorney Melissa Lubin is appointed as counsel of record for Trorice Crawford added and Attorney Elana R. Fogel is relieved. Financial Affidavit due by next hearing date of 9/5/2019. (CD# 8/29/2019 BGS1:144- |

| | | |
|---|---|---|
| | | 148). (Plaintiff Attorney Nicole Bredariol, S/A-AUSA). (Defendant Attorney Elana Fogel, FD). (no document attached) (knb) Modified to add Financial Affidavit text on 8/29/2019 (knb). (Entered: 08/29/2019) |
| 08/29/2019 | 11 | ORDER OF DETENTION as to Trorice Crawford. Signed by Magistrate Judge Bernard G. Skomal on 8/29/19. (sxa) (Entered: 09/03/2019) |
| 09/05/2019 | 12 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Removal/ID Hearing as to Trorice Crawford held on 9/5/2019. Defendant waives ID/Removal Hearing and Waiver is filed. The Court Orders defendant removed to the Western District of Texas. Warrant of Removal issued to USM. (CD# 9/5/2019 BGS1:213-219). (Plaintiff Attorney Adam Gordon, S/A-AUSA). (Defendant Attorney Melissa Lubin, CJA). (no document attached) (knb) (Entered: 09/06/2019) |
| 09/05/2019 | 13 | WAIVER of Rule 5(c) and 5.1(a) Hearings by Trorice Crawford (jxv) (Entered: 09/06/2019) |
| 09/05/2019 | 14 | WARRANT of Removal to the Western District of Texas Issued as to Trorice Crawford. (jxv) (Entered: 09/06/2019) |
| 09/06/2019 | 15 | NOTICE to Receiving District: (**Western District of Texas**), of Case Removal, as to Trorice Crawford. The following documents are available on the public docket: 11 Order of Detention, 13 Waiver of Rule 5 Hearings, 5 Notice of Attorney Appearance - Defendant, 6 Notice of Assertion of Rights. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (jxv) (Entered: 09/06/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2019 13:22:31 | | | |
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:19-mj-03493-BGS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |