UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA     CRIMINAL NO. SA-19-CR-524
     Plaintiff
V.
TRORICE CRAWFORD
     Defendant

## MOTION FOR CONTINUANCE

Now comes the defendant, Trorice Crawford, and files this Motion for Continuance. In support thereof the defendant would show the Court as follows:

I

The date for to reach a plea bargain is October 31, 2019.

II.

Counsel has conferred with the AUSA and is going to receive discovery in the next few days requests additional time to review discovery and discuss possible options with my client.

III.

Counsel requests a continuance.

Wherefore, premises considered, the defendant respectfully requests this Motion for Continuance be Granted.

Respectfully submitted,

s/ Terry McDonald

Terry McDonald
- CR 2740

Mico, TX. 78056

(830) 612-3331

SBN 13559500

- CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion has been electrically delivered to the United States Attorney's office.

s/ Terry McDonald

Terry McDonald
    Attorney for Defendant